BEFORE THE SECOND DIVISION, JANUARY 15, 1941

**No. 45215.**—Protest 718733–G (A) of Great Western Mercantile Co. (Los Angeles).

Opinion by KINCHELOE, J. In accordance with stipulation of counsel and on the authority of *United States* v. *Penn* (27 C. C. P. A. 242, C. A. D. 93) the mats in question were held dutiable at 90 percent under paragraph 1529 (a) as claimed.

**No. 45216.**—Protests 25741–K, etc., of May Co. et al. (Cleveland, etc.).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.